| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **HOTEL OXYGEN MIDTOWN, I, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **83-3360409**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20860 N. TATUM BLVD, STE 240**<br>**Phoenix, AZ 85050** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa**<br>County | Location of principal assets, if different from principal place of business<br>**3600 N 2ND AVENUE Phoenix, AZ 85013**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **https:/www.wyndhamhotels.com/wyndham-garden/phoenix-arizona**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7011__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **HOTEL OXYGEN MIDTOWN, I, LLC**     Case number (*if known*)
     Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other |
| | | **Where is the property?** _____ |
| | |      Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |      Contact name _____ |
| | |      Phone _____ |

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Official Form 201    Case 2:19-bk-14399-PS    Doc 1    Filed 11/12/19    Entered 11/12/19 16:36:43    Desc    page 3
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**
Main Document    Page 3 of 15

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 12, 2019**
MM / DD / YYYY

X **/s/ DAVID VALADE**          **DAVID VALADE**
Signature of authorized representative of debtor          Printed name

Title  **CHIEF FINANCIAL OFFICER**          Email Address of debtor

**18. Signature of attorney**

X **/s/ D. LAMAR HAWKINS**          Date **November 12, 2019**
Signature of attorney for debtor          MM / DD / YYYY

**D. LAMAR HAWKINS**
Printed name

**Guidant Law, PLC**
Firm name

**402 E. Southern Ave**
**Tempe, AZ 85282**
Number, Street, City, State & ZIP Code

Contact phone  **602-888-9229**    Email address  **cindy@guidant.law**

**013251 AZ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **HOTEL OXYGEN MIDTOWN, I, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| APS<br>P.O. BOX 2906<br>Phoenix, AZ 85062 | | BUSINESS DEBT | | | | $27,969.07 |
| BOOKING.COM<br>P.O. BIX 1639<br>1000 BP<br>AMSTERDAM, THE NETHERLANDS | | BUSINESS DEBT | | | | $2,270.45 |
| CITY OF PHOENIX<br>CITY SERVICES<br>P.O. BOX 29100<br>Phoenix, AZ 85038 | | BUSINESS DEBT | | | | $9,178.16 |
| CONNECTED RESTORATION, LLC<br>48335 E. INDIGO STREET STE 103<br>Mesa, AZ 85205 | | BUSINESS DEBT | | | | $3,598.46 |
| COX BUSINESS<br>P.O. BOX 53249<br>Phoenix, AZ 85072-3249 | | BUSINESS DEBT | | | | $6,338.90 |
| CREATIVE BUILDERS,<br>6820 Latijera Blvd Ste 111<br>Los Angeles, CA 90045 | | BUSINESS DEBT | | | | $27,225.00 |
| ECOLAB<br>P.O. BOX 100512<br>Pasadena, CA 91189 | | BUSINESS DEBT | | | | $6,213.96 |
| EXPEDIA | | BUSINESS DEBT | | | | $957.94 |
| GUEST SUPPLY<br>P.O. BOX 6771<br>Somerset, NJ 08875-6771 | | BUSINESS DEBT | | | | $2,422.23 |

Debtor  **HOTEL OXYGEN MIDTOWN, I, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD SUPPLY<br>P.O. BOX 509058<br>San Diego, CA<br>92150-9050 | | BUSINESS DEBT | | | | $10,927.37 |
| HSK, S LLC<br>P.O. BOX 134<br>Glendale, AZ 85311 | | BUSINESS DEBT | | | | $7,985.19 |
| M & C HOSPITALITY SERVICES LLC<br>1311 W. INDIAN SCHOOL RD<br>Phoenix, AZ 85013 | | BUSINESS DEBT | | | | $3,902.19 |
| Melzer, Decker & Ruder<br>9511 Irvine Center Drive<br>Irvine, CA 92618 | | BUSINESS DEBT | | | | $71,700.00 |
| NV DISTRIBUTION, LLC<br>928 E. JAVELINA<br>Mesa, AZ 85204 | | BUSINESS DEBT | | | | $4,925.69 |
| SOUTHWEST GAS CORPORATION<br>P.O. BOX 9890<br>Las Vegas, NV 89193 | | BUSINESS DEBT | | | | $750.92 |
| SYSCO ARIZONA<br>611 S. 80TH AVENUE<br>Tolleson, AZ 85353-4025 | | BUSINESS DEBT | | | | $1,230.75 |
| TALISKER SECOND OSBORNE, LLC<br>145 ADELAIDE STREET WEST<br>ONTARIO CANADA M5H4E5 | | BUSINESS DEBT | | | | $62,769.98 |
| TRAVELCLICK<br>P.O. BOX 71199<br>Chicago, IL 60694-1199 | | BUSINESS DEBT | | | | $2,535.58 |
| WASTE MANAGMENT PHOENIX HAULING<br>P.O. BOX 7400<br>Pasadena, CA 91109-7409 | | BUSINESS DEBT | | | | $1,815.73 |
| WYNPAY WYNDHAM HOTELS AND RESORTS<br>722 SYLVAN WAY<br>Parsippany, NJ 07054 | | BUSINESS DEBT | | | | $118,551.00 |

Debtor **HOTEL OXYGEN MIDTOWN, I, LLC** Case number *(if known)*
Name

HOTEL OXYGEN MIDTOWN, I, LLC -

ADVANCED NETWORK SERVICE
3514 N. POWER RD, STE 133
MESA AZ 85215

ANDATO ANALYTICAL DATA
14829 N. 54TH PLACE
SCOTTSDALE AZ 85254

APOLLO SECURITY GROUP, INC
PO. BOX 35398
PHOENIX AZ 85069

APS
P.O. BOX 2906
PHOENIX AZ 85062

ARIZONA BILTMORE
ATTN ALEXIS GROFF
2400 E. MISSOURI
PHOENIX AZ 85016

ARMOR PLUMBING
330 E. CHILTON DRIVE
CHANDLER AZ 85225

AZ PRO POOL SERVICE
CHANDLER AZ 85225

BOOKING.COM
P.O. BIX 1639
1000 BP AMSTERDAM, THE NETHERLANDS

CENTRIC ELEVATOR COPRPORATION
5249 S. 28TH PLACE
PHOENIX AZ 85040

CHECKER POOL SUPPLY
2815 E. INDIAN SCHOOL RD.
PHOENIX AZ 85016

CITY OF PHOENIX
PLANNING & DEVELOPMENT
P.O. BOX 29103
PHOENIX AZ 85038

Case 2:19-bk-14399-PS    Doc 1    Filed 11/12/19    Entered 11/12/19 16:36:43    Desc
Main Document    Page 8 of 15

HOTEL OXYGEN MIDTOWN, I, LLC -

CITY OF PHOENIX CITY SERVICES
P.O. BOX 29100
PHOENIX AZ 85038

CLAREMONT LAND GROUP, LLC
5861 PINE AVE. STE A-1
CHINO HILLS CA 91709

COMPLETE POOL CARE INC
P.O. BOX 12845
SCOTTSDALE AZ 85267-2840

CONNECTED RESTORATION, LLC
48335 E. INDIGO STREET STE 103
MESA AZ 85205

CORK & BOTTLE
4101 E. MCDOWELL RD
PHOENIX AZ 85008

COX BUSINESS
P.O. BOX 53249
PHOENIX AZ 85072-3249

CREATIVE BUILDERS,
6820 LATIJERA BLVD STE 111
LOS ANGELES CA 90045

CULLIGAN WATER OF PHOENIX
5410 S. 28TH
PHOENIX AZ 85040

DNA AIR CONDITIONING, LLC
2733 N. POWER RD, STE 102
BOX 163
MESA AZ 85215

ECOLAB
P.O. BOX 100512
PASADENA CA 91189

ELIZABETH PETERSON
1430 E. BRILL STREET
PHOENIX AZ 85006

HOTEL OXYGEN MIDTOWN, I, LLC -

EXPEDIA

FAIRFIELD BY MARRIOTT PHOENIX
2520 N. CENTRAL AVENUE
PHOENIX AZ 85004

FRANCISCO MERCADO
6112 N. 64TH AVENUE
GLENDALE AZ 85301

GIBRALTAR/SUNSHINE, LLC
C/O GIBRALTAR 1031 LLC
509 E. MONTECITO, 2ND FLOOR
SANTA BARBARA CA 93103

GOLDEN MALTED
P.O. BOX 129
CONCORDVILLE PA 19331

GREATER PHOENIX CHAMBER OF COMMERCE
201 N; CENTRAL AVENUE, STE 2700
PHOENIX AZ 85004

GUEST SUPPLY
P.O. BOX 6771
SOMERSET NJ 08875-6771

HANDY MANNY
11934 PALO VERDE RD
EL MIRAGE AZ 85335

HD SUPPLY
P.O. BOX 509058
SAN DIEGO CA 92150-9050

HSK, S LLC
P.O. BOX 134
GLENDALE AZ 85311

IMPRINT PLUS USA
RICHAMOND, BC V6W 1J8 C

HOTEL OXYGEN MIDTOWN, I, LLC -


INROOM CONNECTIONS
HNG BUSINESS & TECHNO
587 W. EAKU GALLIE BLVD, #10
MELBOURNE FL 32935


ITZEL GALLARDO
2431 S. DEVONNA LANE
TOLLESON AZ 85353-4025


JOSEPH A VELEZ
7272 E. INDIAN SCHOOL RD, STE 111
SCOTTSDALE AZ 85251


LESLIE'S POOLMART
P.O. BOX 501162
SAINT LOUIS MO 63150-1100


M & C HOSPITALITY SERVICES LLC
1311 W. INDIAN SCHOOL RD
PHOENIX AZ 85013


MARICOPA COUNTY TREASURER'S OFFICE
P.O. BOX 51233
PHOENIX AZ 85072


MARICOPA CTY ENVIRONMENTAL
501 N. 44TH STREET
PHOENIX AZ 85008


MELZER, DECKER & RUDER
9511 IRVINE CENTER DRIVE
IRVINE CA 92618


NEXT PROTECTION
1465 N. HAYDEN RD, STE 1
SCOTTSDALE AZ 85257


NOBLE BREAD
3722 E. KRISTAL WAY
PHOENIX AZ 85050


NV DISTRIBUTION, LLC
928 E. JAVELINA
MESA AZ 85204

HOTEL OXYGEN MIDTOWN, I, LLC -


P.E.S. SECURITY  
2011 E. 5TH ST. #5  
TEMPE AZ 85281


PARTY PEOPLE  
5740 N. 7TH STREET  
PHOENIX AZ 85014


POUR MASTERS, INC  
3229 W CARAVAGGIO LANE  
PHOENIX AZ 85086


PRIME PEST SOLUTIONS  
4048 W. CORRINE  
PHOENIX AZ 85029


PROLINE INDUSTRIAL PRODUCTS  
P.O. BOX 401  
DIXON CA 95620


R & G VENT CLEANING  
P.O. BOX 1954  
GILBERT AZ 85299


RAMADA PHOENIX DOWNTOWN  
212 W. OSBORNE RD  
PHOENIX AZ 85013


RESECO INSURANCE ADVISORS  
7901 N. 16TH STREET, STE 100  
PHOENIX AZ 85020


RESTAURANT EQUIPMENT  
2922 E. MCDOWELL RD  
PHOENIX AZ 85008


ROTO ROOTER  
7250 W. FRIER DRIVE  
GLENDALE AZ 85303


SOUTHWEST GAS CORPORATION  
P.O. BOX 9890  
LAS VEGAS NV 89193

HOTEL OXYGEN MIDTOWN, I, LLC -

SOUTHWEST GLASSWARE
75221 N EB 1-10 FRONTAGE RD.
TUCSON AZ 85743

SPECIALTY TEXTILE SERVICES
737 W. BUCHANAN
PHOENIX AZ 85007

SYSCO ARIZONA
611 S. 80TH AVENUE
TOLLESON AZ 85353-4025

TALISKER SECOND OSBORNE, LLC
145 ADELAIDE STREET WEST
ONTARIO CANADA M5H4E5

TRAVELCLICK
P.O. BOX 71199
CHICAGO IL 60694-1199

VERA RODRIGUEZ
CARLOS VERA RODRIGUEZ
5421 W. INDIAN SCHOOL RD
PHOENIX AZ 85031

VISIT PHOENIX
400 E. VAN BUREN ST, STE 600
PHOENIX AZ 85004

WASTE MANAGMENT
PHOENIX HAULING
P.O. BOX 7400
PASADENA CA 91109-7409

WATERMARK SOLUTIONS CORP
4855 W. MCDOWELL RD, STE 140B
PHOENIX AZ 85035

WM SYMPOSIA
P.O. BOX 27646
TEMPE AZ 85282

WYNDHAM FRANCHISOR, LLC
16574 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-3000

HOTEL OXYGEN MIDTOWN, I, LLC -


WYNPAY
WYNDHAM HOTELS AND RESORTS
722 SYLVAN WAY
PARSIPPANY NJ 07054

# United States Bankruptcy Court
## District of Arizona

In re  **HOTEL OXYGEN MIDTOWN, I, LLC**                                    Case No.
                                    Debtor(s)                              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **HOTEL OXYGEN MIDTOWN, I, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 12, 2019** | /s/ **D. LAMAR HAWKINS** |
| Date | **D. LAMAR HAWKINS** |
| | Signature of Attorney or Litigant |
| | Counsel for  **HOTEL OXYGEN MIDTOWN, I, LLC** |
| | **Guidant Law, PLC** |
| | **402 E. Southern Ave** |
| | **Tempe, AZ 85282** |
| | **602-888-9229** |
| | **cindy@guidant.law** |