SIGNED.

Dated: November 13, 2019

_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| HOTEL OXYGEN MIDTOWN I, LLC, an Delaware limited liability company,<br><br>    Debtor. | Case No. 2:19-bk-14399-PS<br>Case No. 2:19-bk-14400-PS<br>Case No. 2:19-bk-14401-PS<br>Case No. 2:19-bk-14402-PS<br>Case No. 2:19-bk-14403-PS |
| HOTEL OXYGEN PALM SPRINGS, LLC, an Arizona limited liability company,<br><br>    Debtor. | **ORDER DIRECTING (1) JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |
| OXYGEN HOSPITALITY GROUP, INC., a Delaware corporation,<br><br>    Debtor. | |
| A GREAT HOTEL COMPANY ARIZONA, LLC, an Arizona limited liability company,<br><br>    Debtor. | |
| A GREAT HOTEL COMPANY, LLC, a Delaware limited liability company,<br><br>    Debtor. | |

This matter comes before the Court on Hotel Oxygen Midtown I, LLC's Motion for Joint Administration of its Chapter 11 Case (No. 2:19-bk-14399-PS) with the Chapter 11 Case of Hotel Oxygen Palm Springs, LLC, (No. 2:19-bk-14400-PS), Chapter 11 case of Oxygen Hospitality Group, Inc., (No. 2:19-bk-14401-PS), Chapter 11 case of A Great Hotel Company Arizona, LLC, (No. 2:19-bk-14402-PS), and Chapter 11 case of A Great Hotel Company, LLC, (No. 2:19-bk-14403-PS).

**IT IS HEREBY ORDERED** as follows:

1. The Motion is approved on an interim basis. If no written objection to this Order is filed with the Court and a copy thereof served upon D. Lamar Hawkins, Guidant Law, PLC, 402 East Southern Avenue, Tempe, Arizona 85282 WITHIN FOURTEEN (14) DAYS of service of this Order, this Order shall become final. Counsel for the Debtors shall be, and hereby is, directed to mail this Order, via first class mail, to the United States Trustee, all creditors potentially claiming an interest in cash collateral, the Debtors' 20 Largest Unsecured Creditors and all parties filing notices of appearance and file an appropriate certificate of service with this Court.

2. The bankruptcy proceedings of Hotel Oxygen Midtown I, LLC, (No. 2:19-bk-14399-PS), Hotel Oxygen Palm Springs, LLC, (No. 2:19-bk-14400-PS), Oxygen Hospitality Group, Inc., (No. 2:19-bk-2:19-bk-14401-PS), A Great Hotel Company Arizona, LLC, (No. 2:19-bk-2:19-bk-14402-PS), and A Great Hotel Company, LLC, (No. 2:19-bk-2:19-bk-14403-PS) shall be jointly administered under Case No. 2:19-bk-14399-PS by the Honorable Paul Sala.

3. All pleadings, orders and other documents filed shall be captioned as follows to reflect that the cases are jointly administered:

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| HOTEL OXYGEN MIDTOWN I, LLC, an Delaware limited liability company, | Case No. 2:19-bk-14399-PS<br>Case No. 2:19-bk-14400-PS<br>Case No. 2:19-bk-14401-PS |
| Debtor. | Case No. 2:19-bk-14402-PS<br>Case No. 2:19-bk-14403-PS |

(This pleading relates to _____)

HOTEL OXYGEN PALM SPRINGS, LLC, an Arizona limited liability company,

Debtor.

OXYGEN HOSPITALITY GROUP, INC., a Delaware corporation,

Debtor.

A GREAT HOTEL COMPANY ARIZONA, LLC, an Arizona limited liability company,

Debtor.

A GREAT HOTEL COMPANY, LLC, a Delaware limited liability company,

Debtor.

4. Dockets shall continue to be maintained for the Debtors in all cases. All pleadings and documents shall be filed in the lower-numbered "lead" case, number 2:19-bk-14399-PS, except that the following pleadings and documents shall be filed in the specific case to which the pleading or document relates: a) Schedules & Statements of Financial Affairs; b) Monthly Operating Reports; and c) Proofs of Claim.

5. Proofs of claim filed by creditors of each debtor shall reflect the style and case number of the debtor to which the claim relates and in whose case such claim is to be filed.

6. Separate claims registers shall be maintained for each case.

**DATED AND SIGNED ABOVE.**

3