# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** HOTEL OXYGEN MIDTOWN, I, LLC
**Case Number:** 2:19-BK-14399-PS  **Chapter:** 11
**Date / Time / Room:** TUESDAY, SEPTEMBER 15, 2020 11:00 AM  6TH FLOOR #601
**Bankruptcy Judge:** PAUL SALA
**Courtroom Clerk:** ANDAMO PURVIS
**Reporter / ECR:** TAYLER CARTER

## Matter:

EXPEDITED HEARING ON APPLICATION FOR ORDER TO SHOW CAUSE FILED BY D LAMAR HAWKINS OF GUIDANT LAW, PLC ON BEHALF OF HOTEL OXYGEN MIDTOWN, I, LLC .

**R / M #:** 337 / 0

## Appearances:

D LAMAR HAWKINS, ATTORNEY FOR HOTEL OXYGEN MIDTOWN, I, LLC
ALAN MEDA, FORMER ATTORNEY , LE GARDEN
DAVID CATUOGNO, ATTORNEY FOR WYNDHAM
WESLEY RAY, ATTORNEY FOR 02 INVESTMENTS, INC
STEVE BROWN, ATTORNEY FOR DOWNTOWN ASSOCIATES
KATHERINE SANCHEZ, ATTORNEY FOR CREDITOR COMMITTEE
SCOTT BROWN, ATTORNEY FOR AMAZING HOSPITALITY GROUP
BRENT LEE, ATTORNEY FOR LE GARDEN, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)... 2:19-BK-14399-PS    TUESDAY, SEPTEMBER 15, 2020 11:00 AM

### Proceedings:

Mr. Hawkins reports on the sale of the Phoenix property. He answers the Court's questions.

Mr. Catuongo responds to the Court. He notes the buyer has not been responsive. He answers the Court's questions.

Ms. Sanchez addresses the Court. She states Le Garden should be held in contempt for not complying with the Court's order.

Mr. Lee addresses the Court. Le Garden did not intend to continue with the franchise. No documents were signed. He answers the Court's questions. He provides his email and phone number.

COURT:
IT IS ORDERED DENYING THE REQUEST FOR ORDER TO SHOW CAUSE.

Page 2 of 2

Case 2:19-bk-14399-PS    Doc 345    Filed 09/15/20    Entered 09/17/20 15:01:47    Desc
Main Document    Page 2 of 2    09/17/2020  3:01:30PM