# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | HOTEL OXYGEN MIDTOWN, I, LLC | | |
| **Case Number:** | 2:19-BK-14399-PS | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2020 11:00 AM   TELEPHONIC HRGS | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | MARGARET KELLY | | |
| **Reporter / ECR:** | N/A | | |

## Matters:

1) RULING ON SALE OBJECTIONS
   R / M #:   431 / 0

2) SALE HEARING
   R / M #:   370 / 0

## Appearances:

D LAMAR HAWKINS, ATTORNEY FOR HOTEL OXYGEN MIDTOWN, I, LLC
PHILLIP GLASSCOCK, ATTORNEY FOR HOTEL OXYGEN MIDTOWN, I, LLC
DAVID VALADE, DEBTOR'S PRINCIPAL
YVONNE BERRY, REAL ESTATE BROKER
KASEY C. NYE, ATTORNEY FOR PROFECTUS WEALTH MANAGEMENT CO. NOTEHOLDERS
PHILIP J GILES, ATTORNEY FOR PROFECTUS WEALTH MANAGEMENT COMPANY
DEAN M. DINNER, ATTORNEY FOR ONE TIJ, INC.
SCOTT R. GOLDBERG, ATTORNEY FOR MC INVESTMENTS CORP., MERV CHIA
PHILIP G. MITCHELL, ATTORNEY FOR YARON AND LIAT ASHKENAZI
CODY J. JESS, ATTORNEY FOR MC INVESTMENTS CORP., MERV CHIA
WESLEY DENTON RAY, ATTORNEY FOR 02 INVESTMENTS, INC.
STEVEN J. BROWN, ATTORNEY FOR DOWNTOWN ASSOCIATES, LLC
PATRICK F KEERY, ATTORNEY FOR MIDTOWN CENTER PROPERTIES, LLC, OXYGEN HOTELS INTERNATIONAL, LLC, ORION ATLANTIC HOTELS CORP.
KATHERINE ANDERSON SANCHEZ, CREDITOR COMMITTEE
MARK GUINTA, ATTORNEY FOR DAVID VALADE
CHRISTOPHER PATTOCK, ATTORNEY FOR THE U.S. TRUSTEE
SYNTHIA M GUNZEL, ATTORNEY FOR RIVERSIDE COMMUNITY HOUSING CORP./RIVERSIDE COUNTY
MIKE WALSH, RIVERSIDE COMMUNITY HOUSING CORP./RIVERSIDE COUNTY
BRAD COOPER, PRINCIPAL OF JAMES415, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:19-BK-14399-PS          TUESDAY, DECEMBER 08, 2020 11:00 AM

## *Proceedings:*

Mr. Dinner confirms that his client's claim was purchased by Profectus Wealth Management Company.

Mr. Cooper responds that his claim is filed under the Oxygen Hospitality Group. Mr. Cooper states that his investment was in the Ivy Hotel in Palm Springs but through the Oxygen Hospitality Group.

Ms. Sanchez offers that Mr. Cooper can call her directly for an update of the cases.

The Court reviews the matters on calendar today and pleadings that were filed recently.

Mr. Giles states that the One TIJ claim is resolved. Mr. Giles responds that his client will offer to pay the claims in full and that offer would include Mr. Jess's clients as well.

Mr. Nye responds that the declarations filed yesterday and today are from the Noteholders and details the declaration statements. He states that one Noteholder was unable to file a declaration electronically but is working on getting the signed declaration. Mr. Nye answers questions raised by the Court and provides details of the financing from the lender.

Ms. Berry responds that there were two other interested parties but they were not willing to meet or exceed the current offer from the Riverside County.

Ms. Gunzel responds that she would object to continuing the sale hearing due to possible jeopardy of not closing before the end of the year.

Mr. Hawkins states that he still has concerns with the Profectus Plan.

Mr. Giles adds that his client's principal is ready and able to purchase the Downtown Associates' lien claims.

Mr. Brown states that if Downtown Associates' loan was purchased they would step out, but that hasn't happened so he supports the sale today.

ITEM ONE, DECISION ON THE RECORD REGARDING THE MOTION TO APPROVE SALE AND OBJECTIONS THERETO

THE COURT PLACED ITS DECISION ON THE RECORD. THE DECISION ON THE RECORD CONSTITUTES FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO FED. R. CIV.P. 52 AS ADOPTED BY RULE 7052 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES. THE DECISION CAN BE HEARD BY ACCESSING THE AUDIO FILE FROM THE CASE DOCKET. ANYONE WISHING A TRANSCRIPT OF THE DECISION MAY OBTAIN ONE BY CONTACTING THE ELECTRONIC COURT RECORDER.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:19-BK-14399-PS          TUESDAY, DECEMBER 08, 2020 11:00 AM

COURT: IT IS ORDERED SUSTAINING THE OBJECTION OF THE PROFECTUS NOTEHOLDERS AND DENYING APPROVAL OF THE SALE. MR. NYE SHALL LODGE A PROPOSED ORDER CONSISTENT WITH TODAY'S RULING.

Mr. Jess inquires as to the matters set for the December 10th hearing.

The Court responds that a status hearing on the Profectus Plan of Reorganization is scheduled.

Mr. Cooper asks how to reach Ms. Sanchez.

Ms. Sanchez provides her contact information.

ITEM TWO, SALE HEARING

VACATED: PER THE COURT'S RULING.